

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　PLAINTIFF<br>　　　v.<br>SANDY CAROLINA CANAS<br><br>　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>14-MJ-2162<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

　　　Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _November 7, 2014_____, _____, at _2:30_____ ☐a.m. / ☒p.m. before the Honorable _Jean P. Rosenbluth_____, in Courtroom _827-A_____.

　　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　(Other custodial officer)

Dated: _11/4/14_____　　　　　　　_____[signature]_____
　　　　　　　　　　　　　　　　　　U.S. ~~District Judge~~/Magistrate Judge